

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00122-CR

Carlos Bernard **SMITH,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8656
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is GRANTED. The appellee's brief is due on October 14, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk